**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

RUSSELL WRIGHT,                    :
                                                  Civil Action No. 09-6066 (NLH)
        Petitioner,        :

        v.                 :    **ORDER**

DONNA ZICKEFOOSE,                   :
Warden,
        Respondent.        :    **CLOSED**

     For the reasons set forth in the Opinion filed herewith,

IT IS on this   24TH   day of       JUNE       , 2010,

     ORDERED that Petitioner's Application for leave to proceed in forma pauperis is GRANTED; and it is further

     ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies; and it is further

     ORDERED that the Clerk of the Court shall close the Court's file in this matter.


At Camden, New Jersey              /s/ NOEL L. HILLMAN
                                            Noel L. Hillman
                                            United States District Judge